IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>v.<br><br>SANFREDRICK STEELES, (01),<br><br>and<br><br>LARRY E. MOSBY, (02),<br><br>                   Defendants. | Crim. No. 24-00089-01/02-CR-W-HFS<br>Crim. Complaint No. 24-MJ-00038-01/02-LMC |

## MOTION TO DISMISS CRIMINAL COMPLAINT

Comes now Ashleigh A. Ragner, Assistant United States Attorney, and moves the Court to dismiss the Criminal Complaint filed on April 5, 2024, before United States Magistrate Judge Lajuana M. Counts, at Kansas City, Missouri, charging the defendants with violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), and 846 (Conspiracy to Distribute Methamphetamine).

                                                    Respectfully submitted,

                                                    Teresa A. Moore
                                                    United States Attorney

                           By   /s/Ashleigh A. Ragner

                                                      Ashleigh A. Ragner
                                                      Assistant United States Attorney
                                                      Violent Crime & Drug Trafficking Unit
                                                      Charles Evans Whittaker Courthouse
                                                      400 East Ninth Street, Suite 5510
                                                      Kansas City, Missouri 64106
                                                      Telephone: (816) 426-3122

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was delivered on April 30, 2024, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

      /s/Ashleigh A. Ragner
Ashleigh A. Ragner
Assistant United States Attorney

2

Case 4:24-cr-00089-HFS   Document 22   Filed 04/30/24   Page 2 of 2